☝ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :
          -v.-      :  NOTICE OF INTENT TO
                                  FILE AN INFORMATION
CHARLES WELLS,

      Defendant.      :   **07 CRIM. 225**
- - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 8, 2007
             9

                      MICHAEL J. GARCIA
                      United States Attorney

          By: _____
              E. Danya Perry
              Assistant United States Attorney

*JUDGE SCHEINDLIN*

               AGREED AND CONSENTED TO:

          By: _____
              Joseph M. Burton, Esq.
              Attorney for Charles Wells

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/07

3/13/07 WHEELA         *[signature] Scheindlin*