JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

CHARLES WELLS,

             Defendant.

- - - - - - - - - - - - - - x

07 [CRM] 225

<u>INFORMATION</u>

07 Cr.     (SAS)

<u>COUNT ONE</u>

(Bank Fraud)

The United States Attorney charges:

1.     From at least in or about April 2005 through in or
about May 2005, in the Southern District of New York and
elsewhere, CHARLES WELLS, the defendant, unlawfully, willfully,
and knowingly, did execute and attempt to execute a scheme and
artifice to defraud a financial institution, the deposits of
which were then insured by the Federal Deposit Insurance
Corporation, and to obtain moneys, funds, credits, assets,
securities, and other property owned by, and under the custody
and control of such financial institution, by means of false and
fraudulent pretenses, representations and promises, to wit, WELLS
agreed to assist, and did assist, Timothy Montgomery, who is not
named as a defendant herein, by depositing two counterfeit checks
drawn on Wachovia Bank accounts, in the total aggregate amount of


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 3 2007

approximately $1,125,000, into bank accounts controlled by WELLS at Wells Fargo Bank and Washington Mutual Bank.

(Title 18, United States Code, Sections 1344 and 2.)


MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**CHARLES WELLS,**

**Defendant.**

**INFORMATION**

07 Cr.    (SAS)

(Title 18, United States Code, Sections 1344 and 2).

MICHAEL J. GARCIA
United States Attorney.