UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :     **WAIVER OF INDICTMENT**

      -v.-                     :     07 Cr.         (SAS)

                                              **07 CRIM. 225**

CHARLES WELLS,                 :

          Defendant.           :

- - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1344 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.


Dated:    New York, New York
         March 22, 2007

                                          _____
                                          CHARLES WELLS
                                          Defendant

                                          _____
                                          Witness

                                          _____
                                          Joseph M. Burton, Esq.
                                          Attorney for CHARLES WELLS