```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    ORDER
                                 :
          -v.-                   :    07 Cr. 225 (SAS)
                                 :
CHARLES WELLS,                   :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

WHEREAS, with the consent of defendant CHARLES WELLS, his guilty plea allocution was taken before a United States Magistrate Judge on March 22, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
         March 27, 2007

                                    _____
                                    SHIRA A. SCHEINDLIN
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
              :
UNITED STATES OF AMERICA    :
              :     **ORDER**
    v.          :
              :
NATALIA ARROYAVE,        :     S1 06 Cr 1047 (SAS)
              :
        Defendant.    :
              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 3/28/07]

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Ronald L. Ellis, United States Magistrate Judge, on February 13, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

       IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: March 27, 2007

                                                    The Honorable Shira A. Scheindlin
                                                    United States District Judge