UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**Charles Wells,**
                    **Defendant.**

Case No.
07 -CR- 225 (KMK)

ORDER SETTING
SENTENCE DATE

KENNETH M. KARAS, District Judge:

    IT IS HEREBY ORDERED that the above-named defendant appear with counsel on October 3, 2007 at 11:30am in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

    Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on September 19. Government's reply, if any, is to be received in Chambers not later than 5pm on September 26.

    This case has been designated an electronic case. Defense counsel is directed to comply with this Court's ECF rules. Counsel is hereby required to register as a filing user in accordance with the Procedures for Electronic Case Filing not later than February 17, 2006.

    The Assistant United States Attorney assigned to this case shall notify all parties.

Dated: July 17, 2007
      New York, New York

KENNETH M. KARAS
UNITED        STATES       DISTRICT       JUDGE

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.