DUANE MORRIS LLP
Gregory P. Gulia
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

*Attorneys for Defendant Charles Wells*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                   :   07 CR 225
                                                 ~~S4-05-CR-1067~~ (KMK)
                    Plaintiff,              :
                                                **[PROPOSED] ORDER FOR**
                                                **ADMISSION *PRO HAC VICE* OF**
         -against-                           :  **JOSEPH M. BURTON**

CHARLES WELLS, et al.,                       :

                    Defendant.               :

-----------------------------------------------------------------x

    Upon consideration of the motion of Gregory P. Gulia, attorney for defendant Charles Wells, et al. and said sponsor attorney's affidavit in support of;

    IT IS HEREBY ORDERED that

> Joseph M. Burton
> Duane Morris LLP
> One Market, Spear Tower
> Suite 2000
> San Francisco, CA 94105-1104
> (415) 957-3014
> Email: JMBurton@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

Dated: 1/25/08

_____
Honorable Kenneth M. Karas
United States District Judge

DM2\1348973.1