DUANE MORRIS LLP
Gregory P. Gulia
Joseph M. Burton (*pro hac vice pending*)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

*Attorneys for Defendant Charles Wells*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ~~S4-05-CR.1067~~ (KMK) |
| | | 07 cr 225 |
| Plaintiff, | : | |
| -against- | : | |
| CHARLES WELLS, et al., | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that the law firm of Duane Morris LLP, through Joseph M. Burton, is appearing on behalf of defendant Charles Wells in the above-captioned action.

DATED:  San Francisco, California
　　　　January 11, 2008

DUANE MORRIS LLP

By: *[signature]*
　　Joseph M. Burton (*pro hac vice pending*)
　　1540 Broadway
　　New York, New York 10036-4086
　　(212) 692-1000