## CERTIFICATE OF SERVICE

      This is to certify that I caused the foregoing Notice of Appearance to be served on the following individuals by first class mail:

Ms. Danya Perry
Assistant United States Attorney
U.S. Attorney's Office
United States District Court
Southern District of New York
One St. Andrew's Plaza
New York, NY  10007


Attorneys for Plaintiff


This the 8th day of February, 2008.

_Cathy Smith_

DM1\1271585.1