```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JOSEPH M. BURTON
DIRECT DIAL: 415.957.3014
PERSONAL FAX: 415.957.3001
E-MAIL: jmburton@duanemorris.com

www.duanemorris.com

February 20, 2008

**MEMO ENDORSED**

**BY FACSIMILE**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:   United States v. Charles Wells; Case No. 07 CR 225-01 (KMK)/ Request for
      Leave to File Late

Dear Judge Karas:

Defendant Charles Wells is scheduled to appear before your Honor for sentencing on Wednesday, February 27th. I was prepared to file Mr. Wells' Sentencing Memorandum before close of business today. However, I have just recently learned that pursuant to this Court's Individual Rules of Practice For Sentencing Proceedings, the defendant's Sentencing Memorandum should be filed and served two weeks in advance of the date set for sentencing.

The late filing of Mr. Wells' Sentencing Memorandum is due solely to my failure to discover the Court's Rules of Practice in this regard.

I respectfully request that my error not adversely impact Mr. Wells, and that I be given permission to file Mr. Wells' Sentencing Memorandum today, February 20, 2008.

Respectfully,

*Joseph M. Burton*

Joseph M. Burton

Granted.

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
2/20/08

cc: Ms. Danya Perry
    Daniel Walter Levy

DM1\1293353.1

DUANE MORRIS LLP

ONE MARKET, SPEAR TOWER, SUITE 2000    SAN FRANCISCO, CA 94105-1104    PHONE: 415.957.3000    FAX: 415.957.3001