MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**ORIGINAL**



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

      - v. -

CHARLES WELLS,

        Defendant.
------------------------------------x

SATISFACTION OF JUDGMENT

07 CR 0225 (KMK)

JUDGMENT #: 08, 0071 WP

SOUTHERN DISTRICT OF NEW YORK

    Satisfaction is acknowledged between United States of America, plaintiff, and Charles Wells, defendant, for the fine in the amount of $7,500.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $7,600.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 27th day of February 2008.

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York

                      By: _____
                      KATHLEEN A. ZEBROWSKI
                      Assistant United States Attorney

STATE OF NEW YORK)
                ss:
COUNTY OF NEW YORK)

    On the 25th day of July 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2011

*[Handwritten margin note:]* 7/30/08 Judgment marked SATISFIED AND ENTERED INTO Money Judgment book. J. Michael McMahon, Clerk by: Lorraine Lombardo Deputy Clerk